352

Riches *v.* Pitney (et al., Appellants).

Argued November 24, 1937. Before SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Eli Taylor Conner, 3d,* with him *W. J. Fitzgerald,* for appellants.

*E. Arnold Forrest,* for appellee.

PER CURIAM, January 3, 1938:
The decree is affirmed on the opinion of the Superior Court at appellants' cost.